NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERSATA SOFTWARE, INC. (FORMERLY KNOWN AS TRILOGY SOFTWARE, INC.), VERSATA DEVELOPMENT GROUP, INC. (FORMERLY KNOWN AS TRILOGY DEVELOPMENT GROUP, INC.), AND VERSATA COMPUTER INDUSTRY SOLUTIONS, INC. (FORMERLY KNOWN AS TRILOGY COMPUTER INDUSTRY SOLUTIONS, INC.),**
*Plaintiffs-Cross Appellants,*

**v.**

**SAP AMERICA, INC. AND SAP AG,**
*Defendants-Appellants.*

---

2012-1029, -1049

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0153, Magistrate Judge Charles Everingham.

---

ON MOTION

---

ORDER

SAP America, Inc. and SAP AG move without opposition to substitute J. Michael Jakes as principal attorney and to designate John W. Thornburgh as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Scott Lamar Cole, Esq.
    J. Michael Jakes, Esq.
    John W. Thornburgh, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK